UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06CR693 CDP |
| | ) |
| DWAYNE BOWDEN, | ) |
| | ) |
| Defendant. | ) |

# **MEMORANDUM AND ORDER**

This matter is before the Court on defendant Dwayne Bowden's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), all pretrial motions were referred to United States Magistrate Judge Terry I. Adelman. Judge Adelman held an evidentiary hearing and then filed a Report and Recommendation, which recommended that the motion be denied. Although defendant obtained additional time to file objections, that time has passed and neither side has filed objections.

I will adopt and sustain the thorough reasoning of Magistrate Judge Adelman as set forth in support of his recommended rulings. Even though no objections were filed, I have conducted *de novo* review, including reviewing the transcript and the search warrant application and affidavit, and I agree with all of Judge Adelman's findings and conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#49] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#30] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of September, 2007.